UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

MICHAEL SALCEDO,

                        Plaintiff,

   -against-

XIAMEN DESIFU COMMERCIAL & TRADING
CO., LTD. and ZAIQUAN LIU,

                        Defendant.

------------------------------------------------------------- X

**ORDER CONFIRMING EFFECTIVE SERVICE**

24 Civ. 5947 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 9, 2024, I issued an Order granting Plaintiff's motion for alternate service of process on Jason DeFrancesco, Defendants' designated counsel in the United States. Mr. DeFrancesco now objects to service upon himself, ECF No. 19. Mr. DeFrancesco subsequently did accept service of the summons and complaint upon him on November 2, 2024, ECF No. 21.

        Under 15 U.S.C. § 1051(e), "trademark applicants may designate, by a document filed in the United States Patent and Trademark Office, the name and address of a person resident in the United States on whom may be served notices or process in proceedings affecting the mark," and process is effectively served upon that designated person. 15 U.S.C. § 1051(e). Mr. DeFrancesco was designated by Defendants, in a filing before the United States Patent and Trademark Office on June 27, 2024, as their appointed counsel and the person to whom "all further communications, notices, etc." should be directed. Pl. Motion for Alternate Service of

1

Process, Ex. C, ECF No. 14. Accordingly, I hold that service upon Mr. DeFrancesco was effective.

SO ORDERED.

Dated:  November 4, 2024
        New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge